IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WYNONA NUNN | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 1:17-cv-427 |
| | § | |
| ROSY HEALTHCARE SERVICES, INC., | § | |
| ROSY IN HOME SERVICES, INC. AND | § | |
| SUNDAY UZUH | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendants, Rosy Healthcare Services, Inc., Rosy In Home Services, Inc., and Sunday Uzuh file this notice of removal under 28 U.S.C. § 1446(a).

**A.     Introduction**

1.     Plaintiff is Wynona Nunn; defendants are Rosy Healthcare Services, Inc., Rosy In Home Services, Inc., and Sunday Uzuh.

2.     On April 10, 2017, Plaintiff sued Defendants bringing a claim for retaliation under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq*., ("FLSA"). The suit, bearing the caption *Wynona Nunn v. Rosy Healthcare Services, Inc., Rosy In Homem Services, Inc., and Sunday Uzuh*, Cause No. D-1-GN-17-001552 was filed in the 126th District Court of Travis County, Texas.

3.     Defendants were served with the suit on April 11, 2017.  Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b).

1

### B. Basis for Removal

4. Removal is proper because this is an action arising under the laws of the United States, specifically the FLSA, and this court has original jurisdiction of this action under 28 U.S.C. §1331.

6. Copies of all pleadings, process, orders, and other filings in the state court suit are attached to this notice as Exhibit 1 as required by 28 U.S.C. § 1446(a).

7. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

8. Defendant will promptly file a copy of this notice with the clerk of the state court where the suit has been pending.

### C. Jury Demand

9. Plaintiff demanded a jury in the state court suit. Defendant also demands a jury trial.

### D. Conclusion

10. For these reasons Defendant Rosy Healthcare Services, Inc., Rosy In Home Services, Inc., and Sunday Uzuh ask the Court to remove the suit to the United States District Court for the Western District of Texas, Austin Division.

Submitted May 8, 2017.

Respectfully submitted,

/s/ Gregg R. Kronenberger
State Bar No. 24039998
**KRONENBERGER LAW FIRM, PLLC**
11701 FM 2244 RD STE 203
Austin, Texas 78738
Telephone: (512) 777-4141
Facsimile: (512) 402-3313

E-mail: gregg@gkronenberger.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2017, I served the foregoing Notice of Removal by electronic means and by facsimile on the following counsel of record:

Michael V. Galo, Jr.
**GALO LAW FIRM, P.C.**
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone: (210) 616-9800
Facsimile: (210) 616-9898
E-mail: mgalo@galolaw.com

*Attorneys for Plaintiff*

    /s/ Gregg R. Kronenberger

C I T A T I O N
THE STATE OF TEXAS
CAUSE NO. D-1-GN-17-001552

WYNONA NUNN

vs. Mabel Fisher , Plaintiff

ROSY HEALTH CARE SERVICES, INC., ROSY IN HOME SERVICES, INC., AND SUNDAY UZUH

, Defendant

TO: ROSY IN HOME SERVICES, INC.
BY SERVING ITS REGISTERED AGENT, ROSEMARY A. UZUH
3724 AIRPORT BLVD.
AUSTIN, TEXAS 78722

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND of the PLAINTIFF in the above styled and numbered cause, which was filed on APRIL 10, 2017 in the 126TH JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, April 11, 2017.

REQUESTED BY:
MICHAEL V. GALO, JR.
4230 GARDENDALE, BLDG. 401
SAN ANTONIO, TX 78229
BUSINESS PHONE:(210)616-9800  FAX:(210)616-9898

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: CARRISA ESCALANTE

-- -- -- -- -- -- -- -- -- -- R E T U R N -- -- -- -- -- -- -- -- -- -- -- -- --

Came to hand on the ____ day of _____, _____ at _____ o'clock ___M., and executed at _____ within the County of _____ on the ____ day of _____, _____, at _____ o'clock ___M., by delivering to the within named _____, each in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Notary Public, THE STATE OF TEXAS

_____
Sheriff / Constable / Authorized Person

By: _____

_____
Printed Name of Server

_____ County, Texas

D-1-GN-17-001552                SERVICE FEE NOT PAID              P01 - 000050563
☐ Original   ☐ Service Copy

## Exhibit 1 to
## Defendants' Notice of
## Removal

4/10/2017 4:40:13 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-17-001552
Carrisa Escalante

CAUSE NO. **D-1-GN-17-001552**

| | | |
|---|---|---|
| WYNONA NUNN, | § § § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| v. | § § | **126TH** JUDICIAL DISTRICT |
| ROSY HEALTH CARE SERVICES, INC., ROSY IN HOME SERVICES, INC., AND SUNDAY UZUH | § § § § | |
| *Defendants*. | § | TRAVIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

For her Original Petition against Defendants Rosy Health Care Services, Inc., Rosy In Home Services, Inc., and Sunday Uzuh, Plaintiff Wynona Nunn shows the following:

### Introduction

1. This is an action for retaliatory discharge from employment under the Fair Labor Standards Act (FLSA). Plaintiff Wynona Nunn was employed by Defendants in an hourly, non-exempt capacity. While employed, Plaintiff reported and complained to management that she had not been paid overtime pay and that Defendant pay practices violated the FLSA. In fact, she ultimately filed a wage claim under the Texas Payday Act and recovered monies owed her. As a result of this protected activity, Plaintiff was illegally discharged from employment in violation of the FLSA.

### Discovery Level

2. Plaintiff desires to prosecute this case as a level III case under Texas Rule of Civil Procedure 190.4.

1

## Parties

3. Plaintiff Wynona Nunn resides in Austin, Travis County, Texas. She may be served with papers in this case through the undersigned counsel.

4. Defendant Rosy Health Care Services, Inc. is a corporation organized under the laws of the State of Texas. Its principal place of business is located at 3724 Airport Blvd., Austin, Texas 78722. It may be served through its registered agent, Sunday Uzuh, at 3724 Airport Blvd., Austin, Texas 78722.

5. Defendant Rosy In Home Services, Inc. is a corporation organized under the laws of the State of Texas. Its principal place of business is located at 3724 Airport Blvd., Austin, Texas 78722. It may be served through its registered agent, Rosemary A. Uzuh, at 3724 Airport Blvd., Austin, Texas 78722.

6. Defendant Sunday Uzuh is a natural person and is believed to be a citizen of the State of Texas and a resident of Travis County. He may be served with process at 3724 Airport Blvd., Austin, Texas 78722 or wherever he may be found.

## Jurisdiction and Venue

7. The Court possesses subject-matter jurisdiction over this action because Plaintiff's damages are within the jurisdictional limits of the Court. The Court also possesses personal jurisdiction over the Defendants because they are citizens of the State of Texas, because they regularly conduct business in Texas, and because the corporate Defendants are organized under the laws of the State of Texas. Venue is proper in Travis County because all of the events giving rise to Plaintiff's claims occurred in Travis County.

## Cause of Action: Retaliation under FLSA

8. Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 7 supra.

9. Defendants Rosy Health Care Services, Inc. and Rosy In Home Services, Inc. are and were at all times relevant to this lawsuit subject to the requirements of the Fair Labor Standards Act ("FLSA") in that two or more of its employees engage in interstate commerce and Defendants have had, and continue to have, gross annual sales in excess of $500,000. As such, there is "enterprise coverage" under the FLSA.

10. Moreover, Defendants Roy Health Care Services, Inc. and Rosy In Home Services, Inc., which are operated as a single integrated enterprise, were the employers of Plaintiff also within the meaning of the FLSA. Defendant Sunday Uzuh is likewise an employer under the FLSA because he acted directly in the interest of Defendants Rosy Health Care Services, Inc. and Rosy In Home Services, Inc. in that he owns and manages the businesses, was directly responsible for the illegal pay practices underlying this case, and he ultimately made the decision to discharge Plaintiff from employment.

11. Plaintiff was a non-exempt employee under the FLSA, meaning that Plaintiff was entitled to receive minimum wage for each hour worked as well as overtime for any hours worked over forty in any given week.

12. Despite the minimum wage requirements of the FLSA, Defendants failed to pay Plaintiff appropriate compensation owed to her. Plaintiff thereafter engaged in protected activity under the FLSA by complaining of the Defendants' failure to pay her in accordance with the FLSA and by filing a wage claim that was ultimately successful regarding the wages owed her. While the wage claim was pending, Defendants attempted to coerce Plaintiff into dropping her

wage claim and even threatened to withhold her wages. Defendants also made comments to Plaintiff reflecting their animus against Plaintiff for having filed the wage claim.

13. Defendants discharged Plaintiff from employment on or about December 30, 2016 for pretextual reasons. As the Texas Workforce Commission Appeal Tribunal recently found: "The employer, in effect, discharged the claimant on or about December 30, 2016. The employer stopped the claimant's service to a client even though the [client] never dismissed the claimant and had wanted her continued service. The claimant also attempted to call the employer for a new assignment, but the employer kept hanging up on her and had barred her from coming to the employer's office. The employer did not like the claimant."

14. Plaintiff pleads and alleges that she was discharged from employment in retaliation for his protected activities under the FLSA—namely for having formally complained in writing regarding Defendants' failure to pay overtime compensation as required by law and for demanding back pay compensation pursuant to the FLSA.

15. As a result of Defendants' illegal discharge of Plaintiff from employment, Plaintiff has suffered lost wages and benefits as well as compensatory damages in the form of emotional distress, mental anguish, humiliation, and embarrassment.

16. Plaintiff now sues for these damages. Additionally, Plaintiff is entitled to an award of liquidated damages because Defendants did not act in objective good faith.

17. Because Plaintiff has been forced to retain legal counsel to vindicate her legal rights, Plaintiff is also entitled to an award of attorney fees and costs of court.

## Jury Demand

18. Plaintiff demands a trial by jury.

## Statement Regarding Damages

19.     Pursuant to Texas Rule of Civil Procedure 47, Plaintiff pleads that she seeks less than $200,000.

## Conclusion and Prayer

Plaintiff prays that, upon final judgment, she be awarded the following:

a. Lost wages and benefits in the past and in the future;

b. Compensatory damages for emotional distress and mental anguish;

c. Reinstatement;

d. Liquidated damages;

e. Attorney fees;

f. Costs of court; and

g. All other relief to which she is entitled.

Respectfully submitted,

Michael V. Galo, Jr.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone -- 210.616.9800
Facsimile -- 210.616.9898
Email: mgalo@galolaw.com
ATTORNEYS FOR PLAINTIFF
WYNONA NUNN

# CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY)*: _____  **COURT** *(FOR CLERK USE ONLY)*: _____

**STYLED** Wynona Nunn v. Rosy Health Care Services, Inc., Rosy in Home Services, Inc., and Sunday Uzuh
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

### 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name:** Michael V. Galo, Jr. | **Email:** mgalo@galolaw.com | **Plaintiff(s)/Petitioner(s):** Wynona Nunn | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| **Address:** 4230 Gardendale, Bldg. 401 | **Telephone:** (210) 616-9800 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** San Antonio, TX 78229 | **Fax:** (210) 616-9898 | **Defendant(s)/Respondent(s):** Rosy Health Care Services, Inc., Rosy in Home Service, Inc., and Sunday Uzuh | **Custodial Parent:**<br><br>**Non-Custodial Parent:** |
| **Signature:** /s/ Michael V. Galo, Jr. | **State Bar No:** 00790734 | | **Presumed Father:** |

*(Attach additional page as necessary to list all parties)*

### 2. Indicate case type, or identify the most important issue in the case (select only 1):

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br><br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☒ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | |

| Tax | | Probate & Mental Health | |
|---|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ | |

### 3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court  ☐ Declaratory Judgment  ☐ Prejudgment Remedy
☐ Arbitration-related  ☐ Garnishment  ☐ Protective Order
☐ Attachment  ☐ Interpleader  ☐ Receiver
☐ Bill of Review  ☐ License  ☐ Sequestration
☐ Certiorari  ☐ Mandamus  ☐ Temporary Restraining Order/Injunction
☐ Class Action  ☐ Post-judgment  ☐ Turnover

### 4. Indicate damages sought (do not select if it is a family law case):

☒ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13



# SERVICE REQUEST FORM

**Velva Price**
District Clerk, Travis County
Civil Division (512) 854-9457

### REQUESTED BY:

**ATTORNEY/FILER:** Michael V. Galo, Jr.
**PHONE #:** (210) 616-9800
**EMAIL:** mgalo@galolaw.com

**SUBMITTED BY:** Michael V. Galo, Jr.
**TITLE:** Attorney for Plaintiff
**SIGNATURE:** /s/ Michael V. Galo, Jr.

### ISSUE PROCESS FOR:

**CAUSE #:**  **CASE STYLE:**

### QUICK CITATION REQUEST: (FOR SERVICE OF CITATION ON ALL DEFENDANTS BY PERSONAL)

ISSUE CITATION TO ALL DEFENDANTS LISTED IN THE ORIGINAL PETITION AT THE ADDRESS SPECIFIED IN THE PETITION AND FORWARD THE CITATION(S) TO THE FOLLOWING:

☐ TRAVIS CO. CONSTABLE (specify): Precinct 5    ☐ CERTIFIED MAIL BY CLERK    ☒ ATTORNEY/REQUESTER
☐ PRIVATE PROCESS AGENCY (specify):    ☐ I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. DISCOVERY) TO INCLUDE

### DETAILED SERVICE REQUEST: (ON PARTICULAR PARTIES, BY VARIOUS DELIVERY METHODS, OR FOR NON-CITATION)

**DESCRIPTION OF INSTRUMENT(S) TO BE SERVED:**

☐ I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. discovery) TO INCLUDE IN THE CITATION

**TYPE OF PROCESS TO ISSUE:** ☐ CITATION ☐ CERTIFIED NOTICE ☐ PROTECTIVE ORDER* ☐ TRO*^ ☐ INJUNCTION*^ ☐ SEQUESTRATION*^
☐ ATTACHMENT* ☐ EXECUTION* ☐ ABSTRACT* ☐ SUPERSEDEAS^ ☐ SCIRE FACIAS* ☐ OTHER^

*SPECIFY TITLE AND DATE OF UNDERLYING ORDER IN CASE RECORD:    ^ATTACH A COPY OF BOND AND/OR OTHER SUPPORTING DOCUMENT

### SERVICE TO BE ISSUED:

| PARTY | EMAIL PROCESS TO | SERVE VIA |
|---|---|---|
| **PARTY NAME:** Rosy Health Care Services, Inc.<br>**PARTY TYPE:** Defendant<br>☒ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE<br>☐ OTHER ADDRESS: | ☐ TRAVIS CO. CONSTABLE<br>☒ ATTORNEY/REQUESTOR<br>☐ PRIVATE PROCESS AGENCY:<br>Process Agency Name:<br>Constable Precinct 5 | ☒ PERSONAL SERVICE<br>☐ CERTIFIED MAIL (BY CONSTABLE)<br>☐ CERTIFIED MAIL (BY CLERK)<br>☐ CITATION BY POSTING*<br>☐ CITATION BY PUBLICATION* |
| **PARTY NAME:** Rosy In Home Services, Inc.<br>**PARTY TYPE:** Defendant<br>☒ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE<br>☐ OTHER ADDRESS: | ☐ TRAVIS CO. CONSTABLE<br>☒ ATTORNEY/REQUESTOR<br>☐ PRIVATE PROCESS AGENCY:<br>Process Agency Name:<br>Constable Precinct 5 | ☒ PERSONAL SERVICE<br>☐ CERTIFIED MAIL (BY CONSTABLE)<br>☐ CERTIFIED MAIL (BY CLERK)<br>☐ CITATION BY POSTING*<br>☐ CITATION BY PUBLICATION* |
| **PARTY NAME:** Sunday Uzuh<br>**PARTY TYPE:** Defendant<br>☒ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE<br>☐ OTHER ADDRESS: | ☐ TRAVIS CO. CONSTABLE<br>☒ ATTORNEY/REQUESTOR<br>☐ PRIVATE PROCESS AGENCY:<br>Process Agency Name:<br>Constable Precinct 5 | ☒ PERSONAL SERVICE<br>☐ CERTIFIED MAIL (BY CONSTABLE)<br>☐ CERTIFIED MAIL (BY CLERK)<br>☐ CITATION BY POSTING*<br>☐ CITATION BY PUBLICATION* |

*THIS TYPE OF SERVICE MAY REQUIRE A COURT ORDER. ENTER DATE OF SERVICE ORDER IN CASE RECORD:

ADDITIONAL INSTRUCTIONS FOR CLERK OR FOR OFFICER SERVING PROCESS:

Please use Constable Precinct 5 for service.

**FOR ADDITIONAL PARTIES TO BE SERVED, USE e-FILED PROCESS ISSUANCE REQUEST FORM ADDENDUM**